FILED
2022 Oct-03 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **Bed Bath & Beyond Inc., *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 2:22-cv-01256-SGC** |
| | ) | |
| **Anthem, Inc., f/k/a WellPoint, Inc., d/b/a Anthem Blue Cross Life and Health Insurance Company, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brenton K. Morris of the firm BENTON, CENTENO & MORRIS, LLP, hereby enters his appearance as local counsel for the Plaintiffs.

Respectfully submitted,

*/s/ Brenton K. Morris*
BRENTON K. MORRIS (ASB-8119-R46B)
*Local Counsel for Plaintiffs*

**OF COUNSEL:**

BENTON, CENTENO & MORRIS, LLP
2019 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 278-8000
Fax: (205) 278-8005
bmorris@bcattys.com