FILED
2022 Dec-07 AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

Bed Bath & Beyond, Inc., et al.,

Plaintiffs,

Vs. Case No. 2:22-cv-01256-RDP

Anthem, Inc., et al.,

Defendants.

**NOTICE OF APPEARANCE**

COMES NOW, Edgar C. Gentle, III, and hereby enters his Notice of Appearance in the above-styled cause as Special Master.

This the 7th day of December, 2022.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III (GEN001)
Email: egentle@gtandslaw.com

**Of the Firm:**

Gentle Turner & Benson
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000
(205) 716-3010 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of December, 2022, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of Court via CM/ECF, which will send notification of such filing to all Counsel of Record.

/s/ Edgar C. Gentle, III
Edgar C. Gentle, III, Special Master