FILED
2023 Jan-26  PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| Bed Bath & Beyond Inc., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>Anthem, Inc., *et al.*,<br><br>                    Defendants. | **No. 2:22-cv-01256-RDP** |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned counsel of record for Defendant Blue Cross Blue Shield Association and respectfully moves this Court, pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Northern District of Alabama, for an order admitting Evan R. Chesler, Karin A. DeMasi, Lauren R. Kennedy, Helam Gebremariam, and David H. Korn ("Applicants") to appear *pro hac vice* before this Court in the above-captioned matter.  Undersigned counsel, Mark M. Hogewood, consents to being designated as local counsel.  In support of this motion, the undersigned respectfully states as follows:

1.      Evan R. Chesler's state of residence and principal place of practicing law is New York.  He resides in Scarsdale, NY.  Mr. Chesler is a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  His telephone number is 212-474-1243, facsimile number is 212-474-3700, and e-mail address is EChesler@cravath.com.  Mr. Chesler was admitted to the New York State Bar in 1976, and he is admitted to practice in the New York Appellate Division 2nd Department (2/25/1976), District of Colorado (10/20/2000), District of Columbia (Federal Court) (5/14/2021), Eastern District of Michigan (7/18/2002), Eastern District of New York (10/13/1982), Eastern District of Wisconsin (12/20/2010), Northern District of California (9/24/1982), Northern District of New York

(7/1/2001), Southern District of New York (5/4/1976), Tenth Circuit Court of Appeals (5/17/2016), Eleventh Circuit Court of Appeals (11/1/2005), First Circuit Court of Appeals (6/3/1992), Second Circuit Court of Appeals (7/20/1982), Third Circuit Court of Appeals (2/27/1991), Fourth Circuit Court of Appeals (9/6/2006), Fifth Circuit Court of Appeals (4/8/1994), Sixth Circuit Court of Appeals (3/18/2011), Seventh Circuit Court of Appeals (5/4/2012), Eighth Circuit Court of Appeals (3/6/1992), Ninth Circuit Court of Appeals (9/10/1997), Court of Appeals Federal Circuit (9/24/1993), United States Supreme Court (7/29/1982), and Western District of Michigan (5/13/2011). Mr. Chesler remains in good standing and eligible to practice in all courts to which he is admitted. He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements. In support of this motion, attached as **Exhibit A** is the Declaration of Evan R. Chesler and attached as **Exhibit B** is a Certificate of Good Standing for Mr. Chesler.

2.     Karin A. DeMasi's state of residence and principal place of practicing law is New York. She resides in New York, NY. Ms. DeMasi is a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019. Her telephone number is 212-474-1059, facsimile number is 212-474-3700, and e-mail address is KDeMasi@cravath.com. Ms. DeMasi was admitted to the Pennsylvania State Bar in 1996, and she is admitted to practice in the New York Appellate Division 3rd Department (6/24/1997), Eastern District of Michigan (1/5/2007), Eastern District of New York (12/9/1997), Southern District of New York (12/9/1997), State of Alabama (7/31/2002), State of Pennsylvania (12/20/1996), Eleventh Circuit Court of Appeals (10/25/2019), Second Circuit Court of Appeals (5/16/2013), Third Circuit Court of Appeals (4/20/2009), Sixth Circuit Court of Appeals

2

(11/26/2007), Ninth Circuit Court of Appeals (6/25/2015), and United States Supreme Court (11/2/2009). Ms. DeMasi remains in good standing and eligible to practice in all courts to which she is admitted. She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements. In support of this motion, attached as **Exhibit C** is the Declaration of Karin A. DeMasi and attached as **Exhibit D** is a Certificate of Good Standing for Ms. DeMasi.

3.        Lauren R. Kennedy's state of residence and principal place of practicing law is New York. She resides in Bedford Hills, NY. Ms. Kennedy is a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019. Her telephone number is 212-474-1650, facsimile number is 212-474-3700, and e-mail address is LKennedy@cravath.com. Ms. Kennedy was admitted to the New York State Bar in 2011, and she is admitted to practice in the New York Appellate Division 2nd Department (10/5/2011), Southern District of New York (3/29/2013), Eastern District of New York (4/25/2013), Eleventh Circuit Court of Appeals (10/25/2019), and Second Circuit Court of Appeals (10/9/2020). Ms. Kennedy remains in good standing and eligible to practice in all courts to which she is admitted. She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements. In support of this motion, attached as **Exhibit E** is the Declaration of Lauren R. Kennedy and attached as **Exhibit F** is a Certificate of Good Standing for Ms. Kennedy.

4.        Helam Gebremariam's state of residence and principal place of practicing law is New York. She resides in New York, NY. Ms. Gebremariam is a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019. Her

telephone number is 212-474-1180, facsimile number is 212-474-3700, and e-mail address is HGebremariam@cravath.com. Ms. Gebremariam was admitted to the New York State Bar in 2011, and she is admitted to practice in the New York Appellate Division 1st Department (4/11/2011), Eastern District of New York (6/26/2012), Northern District of Alabama (3/4/2022), Southern District of New York (6/13/2012), Eleventh Circuit Court of Appeals (10/12/2022), and United States Supreme Court (11/16/2020). Ms. Gebremariam remains in good standing and eligible to practice in all courts to which she is admitted. She has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements. In support of this motion, attached as **Exhibit G** is the Declaration of Helam Gebremariam and attached as **Exhibit H** is a Certificate of Good Standing for Ms. Gebremariam.

5.      David H. Korn's state of residence is New Jersey and principal place of practicing law is New York. He resides in Montclair, NJ. Mr. Korn is a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019. His telephone number is 212-474-1478, facsimile number is 212-474-3700, and e-mail address is DKorn@cravath.com. Mr. Korn was admitted to the Florida State Bar in 2013, and he is admitted to practice in the New York Appellate Division 3rd Department (6/25/2014), Eastern District of New York (12/4/2014), Southern District of Florida (11/18/2021), Southern District of New York (12/2/2014), State of Florida (11/15/2013), Eleventh Circuit Court of Appeals (10/12/2022), and United States Supreme Court (2/20/2018). Mr. Korn remains in good standing and eligible to practice in all courts to which he is admitted. He has read and understands the local rules for the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF requirements. In support of this motion,

attached as **Exhibit I** is the Declaration of David H. Korn and attached as **Exhibit J** is a Certificate of Good Standing for Mr. Korn.

6. The prescribed admission fees are being delivered to the Clerk of Court.

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Evan R. Chesler, Karin A. DeMasi, Lauren R. Kennedy, Helam Gebremariam, and David H. Korn to appear *pro hac vice* as counsel for Defendants Blue Cross Blue Shield Association; Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Arizona, Inc.; Blue Cross and Blue Shield of Massachusetts, Inc.; Blue Cross and Blue Shield of North Carolina; Blue Cross Blue Shield of Tennessee, Inc.; California Physicians' Service, d/b/a Blue Shield of California; CareFirst, Inc.; CareFirst of Maryland, Inc.; Group Hospitalization and Medical Services, Inc.; CareFirst BlueChoice, Inc.; GuideWell Mutual Holding Corporation; Blue Cross and Blue Shield of Florida, Inc.; Hawaii Medical Service Association (Blue Cross and Blue Shield of Hawaii); Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Texas, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Montana; Caring for Montanans, Inc., f/k/a Blue Cross and Blue Shield of Montana, Inc.; Wellmark of South Dakota, Inc. (Wellmark Blue Cross and Blue Shield of South Dakota); Wellmark, Inc. (Wellmark Blue Cross and Blue Shield of Iowa); Triple-S Management Corporation; and Triple-S Salud, Inc.

6

Dated:  January 26, 2023

Respectfully submitted,

*/s/ Mark M. Hogewood*
Mark M. Hogewood (asb-7651-e36m)
WALLACE, JORDAN, RATLIFF &
BRANDT, LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
Tel: (205) 870-0555
Fax: (205) 871-7534
mhogewood@wallacejordan.com

*Counsel for Defendant Blue Cross Blue
Shield Association*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

WALLACE, JORDAN, RATLIFF & BRANDT, LLC

by  */s/ Mark M. Hogewood*

Mark M. Hogewood
First Commercial Bank Building
800 Shades Creek Parkway, Suite 400
Birmingham, AL 35209
(205) 870-0555

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

Bed Bath & Beyond Inc., *et al.*,
                                    Plaintiffs,

v.

Anthem, Inc., *et al.*,
                                    Defendants.

**No. 2:22-cv-01256-RDP**

## DECLARATION OF EVAN R. CHESLER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Evan R. Chesler, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2. I reside in Scarsdale, NY.

3. I am a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019. My telephone number is 212-474-1243, facsimile number is 212-474-3700, and e-mail address is EChesler@cravath.com.

4. I was admitted to the New York State Bar in 1976, and I am admitted to practice in the New York Appellate Division 2nd Department (2/25/1976), District of Colorado (10/20/2000), District of Columbia (Federal Court) (5/14/2021), Eastern District of Michigan (7/18/2002), Eastern District of New York (10/13/1982), Eastern District of Wisconsin (12/20/2010), Northern District of California (9/24/1982), Northern District of New York (7/1/2001), Southern District of New York (5/4/1976), Tenth Circuit Court of Appeals (5/17/2016), Eleventh Circuit Court of Appeals (11/1/2005), First Circuit Court of Appeals

(6/3/1992), Second Circuit Court of Appeals (7/20/1982), Third Circuit Court of Appeals (2/27/1991), Fourth Circuit Court of Appeals (9/6/2006), Fifth Circuit Court of Appeals (4/8/1994), Sixth Circuit Court of Appeals (3/18/2011), Seventh Circuit Court of Appeals (5/4/2012), Eighth Circuit Court of Appeals (3/6/1992), Ninth Circuit Court of Appeals (9/10/1997), Court of Appeals Federal Circuit (9/24/1993), United States Supreme Court (7/29/1982), and Western District of Michigan (5/13/2011).  I remain in good standing and eligible to practice in all courts to which I am admitted.

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  January 26, 2023

/s/ Evan R. Chesler
Evan R. Chesler

# Exhibit B



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

   I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Evan Robert Chesler

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 25, 1976**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 19, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00088222



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Bed Bath & Beyond Inc., *et al.*,<br>　　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　　Defendants. | **No. 2:22-cv-01256-RDP** |

## DECLARATION OF KARIN A. DEMASI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Karin A. DeMasi, hereby declare under penalty of perjury under the laws of the United States of America:

1.　　I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2.　　I reside in New York, NY.

3.　　I am a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1059, facsimile number is 212-474-3700, and e-mail address is KDeMasi@cravath.com.

4.　　I was admitted to the Pennsylvania State Bar in 1996, and I am admitted to practice in the New York Appellate Division 3rd Department (6/24/1997), Eastern District of Michigan (1/5/2007), Eastern District of New York (12/9/1997), Southern District of New York (12/9/1997), State of Alabama (7/31/2002), State of Pennsylvania (12/20/1996), Eleventh Circuit Court of Appeals (10/25/2019), Second Circuit Court of Appeals (5/16/2013), Third Circuit Court of Appeals (4/20/2009), Sixth Circuit Court of Appeals (11/26/2007), Ninth Circuit Court of Appeals (6/25/2015), and United States Supreme Court (11/2/2009).

5.      I remain in good standing and eligible to practice in all courts to which I am admitted.

6.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  January 26, 2023

_/s/ Karin A. DeMasi_
Karin A. DeMasi



# Exhibit D

*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Karin A. Demasi

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 24, 1997,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and  according to the records of this Court is currently in good standing as an Attorney and  Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 21, 2022.

*Clerk of the Court*

CertID-00071591



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022

Case 2:22-cv-01256-AMM   Document 85   Filed 01/26/23   Page 20 of 37

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |
|---|---|
| Bed Bath & Beyond Inc., *et al.*, <br>           Plaintiffs, <br> v. <br> Anthem, Inc., *et al.*, <br>           Defendants. | **No. 2:22-cv-01256-RDP** |

**DECLARATION OF LAUREN R. KENNEDY IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Lauren R. Kennedy, hereby declare under penalty of perjury under the laws of the United States of America:

1.    I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2.    I reside in Bedford Hills, NY.

3.    I am a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1650, facsimile number is 212-474-3700, and e-mail address is LKennedy@cravath.com.

4.    I was admitted to the New York State Bar in 2011, and I am admitted to practice in the New York Appellate Division 2nd Department (10/5/2011), Southern District of New York (3/29/2013), Eastern District of New York (4/25/2013), Eleventh Circuit Court of Appeals (10/25/2019), and Second Circuit Court of Appeals (10/9/2020).  I remain in good standing and eligible to practice in all courts to which I am admitted.

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  January 26, 2023

/s/ Lauren R. Kennedy
Lauren R. Kennedy

# Exhibit F



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

    *I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## *Lauren Roberta Kennedy*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 5, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on January 13, 2023.*

*Maria T. Fasulo*

*Clerk of the Court*

*CertID-00100153*



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022

# EXHIBIT G

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |
|---|---|
| Bed Bath & Beyond Inc., *et al.*,<br>      Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>      Defendants. | **No. 2:22-cv-01256-RDP** |

## DECLARATION OF HELAM GEBREMARIAM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Helam Gebremariam, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2. I reside in New York, NY.

3. I am a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1180, facsimile number is 212-474-3700, and e-mail address is HGebremariam@cravath.com.

4. I was admitted to the New York State Bar in 2011, and I am admitted to practice in the New York Appellate Division 1st Department (4/11/2011), Eastern District of New York (6/26/2012), Northern District of Alabama (3/4/2022), Southern District of New York (6/13/2012), Eleventh Circuit Court of Appeals (10/12/2022), and United States Supreme Court (11/16/2020).

5. I remain in good standing and eligible to practice in all courts to which I am admitted.

6.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  January 26, 2023

/s/ Helam Gebremariam
Helam Gebremariam

# Exhibit H



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Helam Aglog Gebremariam

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on April 11, 2011, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of New York on October 11, 2022.*



*Clerk of the Court*

*CertID-00086730*



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| Bed Bath & Beyond Inc., *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　Defendants. | **No. 2:22-cv-01256-RDP** |

**DECLARATION OF DAVID H. KORN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, David H. Korn, hereby declare under penalty of perjury under the laws of the United States of America:

1. I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this declaration.

2. I reside in Montclair, NJ.

3. I am a partner of the law firm of Cravath, Swaine & Moore LLP located at 825 Eighth Avenue, New York, NY 10019.  My telephone number is 212-474-1478, facsimile number is 212-474-3700, and e-mail address is DKorn@cravath.com.

4. I was admitted to the Florida State Bar in 2013, and I am admitted to practice in the New York Appellate Division 3rd Department (6/25/2014), Eastern District of New York (12/4/2014), Southern District of Florida (11/18/2021), Southern District of New York (12/2/2014), State of Florida (11/15/2013), Eleventh Circuit Court of Appeals (10/12/2022), and United States Supreme Court (2/20/2018).  I remain in good standing and eligible to practice in all courts to which I am admitted.

5.      I have read and understand the local rules of the Northern District of Alabama, the Alabama State Bar Code of Professional Courtesy and Lawyer's Creed, and the Court's CM/ECF filing requirements.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:  January 26, 2023

*/s/ David H. Korn*
David H. Korn

# Exhibit J



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## David Harold Korn

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 25, 2014**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on October 11, 2022.

Clerk of the Court

CertID-00086731



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022