FILED
2023 Mar-01 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**Bed Bath & Beyond Inc. *et al.*,**

**Plaintiffs,**

**vs.**

**Anthem, Inc. *et al.*,**

**Defendants.**

**Case No. 2:22-cv-01256-RDP**

## MOTION TO WITHDRAW

COMES NOW, Shahin Rezvani, respectfully moves this court for leave to withdraw as additional counsel of record for Plaintiffs Bed Bath & Beyond Inc *et al*.

Dated: March 1, 2023

Respectfully submitted,

By: /s/*Shahin Rezvani*

Shahin Rezvani
McKool Smith, PC
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
(213) 694-1200
srezvani@mckoolsmith.com

*Attorneys for Plaintiffs*

**Certificate of Service**

I hereby certify that on March 1, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

______/s/ *Shahin Rezvani*________
Shahin Rezvani