FILED
2023 Aug-28 AM 11:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| *Alaska Air Group, Inc. et al. v. Anthem, Inc. et al.* | **No. 2:21-cv-01209-RDP** |
| *JetBlue Airways Corp. et al. v. Anthem, Inc. et al.* | **No. 2:22-cv-00558-RDP** |
| *Bed Bath & Beyond Inc. et al. v. Anthem, Inc. et al.* | **No. 2:22-cv-01256-RDP** |
| *Metropolitan Transportation Authority et al. v. Blue Cross and Blue Shield of Alabama et al.* | **No. 2:22-cv-00265-RDP** |

## MOTION TO WITHDRAW

Please take notice that Rachel S. Briones respectfully requests to be withdrawn as counsel of record in this case. Ms. Briones has left Kirkland & Ellis LLP and will not continue to represent Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc.; Highmark Health, a Pennsylvania non-profit organization; Highmark Inc.; Highmark BCBSD Inc.; Highmark West Virginia Inc.; and Highmark Western and Northeastern New York Inc.

Jeffrey J. Zeiger, James R.P. Hileman, and Keith M. Holt will continue as counsel of record for Defendants Health Care Service Corporation, an Illinois Mutual Legal Reserve Company, including its divisions Blue Cross and Blue Shield of Illinois, Blue Cross and Blue

Shield of Montana, Blue Cross and Blue Shield of New Mexico, Blue Cross and Blue Shield of Oklahoma, and Blue Cross and Blue Shield of Texas; Caring for Montanans, Inc.; Highmark Health, a Pennsylvania non-profit organization; Highmark Inc.; Highmark BCBSD Inc.; Highmark West Virginia Inc.; and Highmark Western and Northeastern New York Inc.

Dated: August 28, 2023

Respectfully submitted,

By: /s/ *Jeffrey J. Zeiger*

Jeffrey J. Zeiger
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jeffrey.zeiger@kirkland.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jeffrey J. Zeiger*
Jeffrey J. Zeiger