## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **Alaska Air Group, Inc.,** *et al.*, <br>    Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>    Defendants. | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation,** *et al.*, <br>    Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>    Defendants. | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc.,** *et al.*, <br>    Plaintiffs, <br> v. <br> **Anthem, Inc.,** *et al.*, <br>    Defendants. | **No. 2:22-cv-01256-RDP** |

### **ORDER**

At the October 19, 2023 Status conference, the parties presented argument to the court on a discovery dispute related to Plaintiffs' request for Defendants' MDL expert reports. The court informed the parties that it would require briefing on this issue. Therefore, the parties **SHALL** brief the issue as follows:

1. **On or before November 10, 2023**, Plaintiffs **SHALL** file an initial brief in support of their request;

2. **On or before December 1, 2023**, Defendants **SHALL** file a responsive brief;

3. **On or before December 15, 2023**, Plaintiffs may reply.

**DONE** and **ORDERED** this October 20, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE