FILED
2023 Dec-15 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**Bed Bath & Beyond, *et al.***

**Plaintiffs**

**v.**

**Anthem, Inc., *et al.***

**Defendants.**

**Case No. 2:22-cv-01256-RDP**

## NOTICE OF CHANGE OF ADDRESS

COMES NOW undersigned counsel for the Plaintiffs, *Bed Bath & Beyond Inc.,et al.*, and gives notice to this Court, parties, and all counsel of record of undersigned counsel for Plaintiff's change of address. All future pleadings, correspondence, and/or communications of any kind should be directed to the following address, with counsel's email address remaining the same:

Jon Corey
MCKOOL SMITH, PC
1999 K Street, NW
Suite 600
Washington, DC 20006
(202) 370-8300

Respectfully submitted,

*<u>/s/ Jon Corey</u>*
Jon Corey
MCKOOL SMITH, PC
1999 K Street, NW
Suite 600
Washington, DC 20006
jcorey@mckoolsmith.com

*Counsel for Bed Bath & Beyond Inc.; Automobile Club of Southern California; Darling Ingredients Inc.; Griffin Industries, LLC; Dillard's, Inc.; Halliburton Energy Services, Inc.; G4S Secure Solutions (USA), Inc.; Kimberly-Clark Corporation; Lincoln National Corporation; Live Nation Entertainment, Inc.; Nestlé USA, Inc.; Perdue Farms Inc.; Pacific Gas and Electric Company; PG&E Corporation; Raytheon Technologies Corporation; Raytheon Company; Rockwell Collins, Inc.; Rite Aid Corporation; Rite Aid Hdqtrs. Corp.; Sterling Jewelers Inc.; Zale Corporation; Zale Delaware, Inc.; Starbucks Corporation; Tyson Foods, Inc.; SRZ Liquidating Trust; Transform Midco LLC; and General Motors LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*s/ Jon Corey*_______________
John Corey