FILED
2025 Jul-21 AM 11:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-RDP** |

**FOURTH AMENDED SCHEDULING ORDER**

These matters are before the court on the Parties' Joint Motion to Amend the Case Schedule. (*Alaska Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 605; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 529; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 498). The Joint Motion (*Alaska Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 605; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 529; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 498) is **GRANTED**. It is **ORDERED** as follows:

The court's Third Amended Scheduling Order is **AMENDED** as follows:

| Filings | Current Deadline[1] | New Date |
|---|---|---|
| Plaintiff Expert Reports | August 7, 2025 | February 9, 2026 |
| Mediation[2] | | March 4, 2026 |
| Defendant Expert Reports | October 24, 2025 | June 9, 2026 |
| Plaintiff Expert Rebuttal/Reply Reports | December 19, 2025 | September 17, 2026 |
| Close of Expert Discovery | March 6, 2026 | November 10, 2026 |
| *Daubert* Motions | April 8, 2026 | December 10, 2026 |
| Dispositive Motions | April 15, 2026 | December 17, 2026 |
| *Daubert* Oppositions | June 15, 2026 | February 18, 2027 |
| *Daubert* Replies | July 15, 2026 | March 17, 2027 |
| Dispositive Oppositions | July 15, 2026 | March 17, 2027 |
| Dispositive Replies | August 26, 2026 | April 28, 2027 |

**DONE** and **ORDERED** this July 21, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

[1] "Current Deadline" refers to the deadlines set forth in the Second Amended Scheduling Order. (*Alaska Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 504; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 433; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 413). The deadlines set forth in the Third Amended Scheduling Order (*Alaska Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 585; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 515; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 492) shall remain in effect.

[2] There was not previously a deadline for mediation.