FILED
2025 Sep-24 PM 04:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-RDP** |

**AMENDED SCHEDULING ORDER**
**REGARDING**
**BRIEFING THE STANDARD OF REVIEW**

On September 24, 2025, the court conducted a status conference in these ASO Opt-Out cases and the related Provider Opt-Out cases. In light of matters discussed during the status conference, it is **ORDERED** as follows:

On April 24, 2025, the court issued a Third Amended Scheduling Order: Completing Fact Discovery and Briefing the Standard of Review ("SOR") based on deadlines proposed by the parties to these cases. (Case No. 2:21-cv-01209-RDP, Doc. # 585). The court acknowledges that

the SOR briefing schedule was carefully considered by the parties to make sure the briefing would be complete in advance of a proposed December 2025 status conference that was set for December 10, 2025. (Case No. 2:21-cv-01209-RDP, Doc. # 587). Because of a four to six week trial before the undersigned that is set to begin on December 1, 2025, and other issues the court explained to the parties during the caucuses following the September 24, 2025 status conference, it appears that this carefully choreographed schedule is no longer practicable. It is therefore **ORDERED** as follows:

The court's Third Amended Scheduling Order (Case No. 2:21-cv-01209-RDP, Doc. # 585) is **MODIFIED**[1] as follows:[2]

- Opening SOR briefs **SHALL** be filed **on or before October 7, 2025**;
- Response SOR briefs **SHALL** be filed **on or before November 17, 2025**;
- Reply SOR briefs **SHALL** be filed **on or before December 5, 2025**; and
- The status conference previously set for December 10, 2025 will be reset by separate order.

**DONE** and **ORDERED** this September 24, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE

[1] Any deadlines not addressed herein **SHALL** remain in effect.

[2] The court would be happy to consider revisions to this briefing schedule that are jointly proposed by the parties, and would also welcome the parties' suggestions regarding an alternative date for the December 10, 2025 status conference.