IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Bed Bath & Beyond Inc., now known as 20230930-DK-Butterfly-1, Inc., *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>　　　　　　　Defendants. | No. 2:22-cv-01256-RDP |

### MOTION TO WITHDRAW OF JACOB N. KOTLER

Defendants Blue Cross Blue Shield of Michigan Mutual Insurance Company ("BCBSM") and Blue Cross Blue Shield of Vermont ("BCBS-VT") respectfully request the Court's leave for Jacob N. Kotler to withdraw as counsel of record. Andrew P. Campbell, Todd M. Stenerson, Brian C. Hauser, Rachel Zieminski, Sophie Copenhaver, Sara Cylkowski, and Alexandra Markel will continue to represent Defendants BCBSM and BCBS-VT.

{00033114v.1}

Respectfully submitted this 27th day of October, 2025.

/s/ *Andrew P. Campbell*
Andrew P. Campbell
Campbell Partners, LLC
505 20th Street North,
Suite 1600 Birmingham, AL 35203
Tel.: (205) 224-0750
Fax: (205) 656-2570
andy@campbellpartnerslaw.com

*Counsel for Defendants Blue Cross Blue Shield of Michigan Mutual Insurance Company and Blue Cross Blue Shield of Vermont*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2025, I filed the foregoing with the clerk of the Court through the CM/ECF system, which electronically serves all counsel of record.

/s/ Andrew P. Campbell
Of Counsel