FILED
2025 Nov-10 PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-RDP** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-RDP** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-RDP** |

**ORDER**

On October 7, 2025, the parties to these cases filed Motions for Summary Judgment on the Standard of Review. (Docs. # 646, 649, 652, 653). Defendants' Brief consisted of twenty-nine (29) pages (not counting the table of contents and an exhibit chart). (Doc. # 652-1). Plaintiffs' brief consisted of thirty (30) pages (not counting the table of contents), but it also included a one-hundred and seventeen page Appendix of record citations and explanations. (Doc. # 653-1 at 1). Defendants objected to the Appendix as a "transparent attempt [] to circumvent [the] 30-page limit for briefs," and argued it should be disregarded. (Doc. # 654 at 5). Plaintiffs respond that the purpose of the Appendix was to facilitate the court's evaluation of the voluminous record before

it. (Doc. # 660-1 at 4-5). They explain that "[b]y clicking on the PSF # link in [Plaintiffs'] brief, the reader can instantaneously view the pertinent testimony or quote from a particular document exhibit to evaluate, for themselves, whether it supports the corresponding statement of fact." (*Id*. at 5).

Defendants propose, alternatively, that if the court permits the filing of the Appendix and plans to review it, they be allowed to respond to it and request additional time to do so. Defendants "propose to respond to the Appendix in the form of a separate side-by-side document so that the Court will have the benefit of the parties' positions on the evidence in a single place." (Doc. # 654 at 3). They request to have "until at least 30 court days after briefing is complete on December 5, 2025, to submit this document." (*Id*.). They further "request that any page limit to such response be waived," that the 30-page limit for opposition and 10-page limit for reply briefs be enforced, and that any further appendices, or reference to the current Appendix, be precluded. (*Id*.).

The court finds the Appendix to be helpful. Although it contains some commentary on the evidence which should more appropriately be contained in a brief, it also frequently quotes from the evidence. Therefore, the court grants Defendants' alternative proposal. **On or before January 9, 2026**, Defendants may respond to the Appendix. The court will not impose a page limitation, but Defendants' filing should only respond to the Appendix.

Any further briefing **SHALL** comply with the 30-page limit for opposition and 10-page limit for reply briefs. No further appendices or attachments are necessary.

**DONE** and **ORDERED** this November 10, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE