FILED
2026 Jan-13 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-AMM** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-AMM** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-AMM** |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO MODIFY SCHEDULE AND RESOLVE DEFENDANTS' CLAW BACK OF PLAINTIFF EXHIBIT 4

These matters are before the court on the Parties' Joint Motion to Modify Schedule to Address Third-Party Discovery and For Leave to File Replacement Documents to Address Defendants' Clawback. (*Alaska Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 702; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 625; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 593). The Joint Motion *Alaska*

*Air* Case No. No. 2:21-cv-01209-RDP, Doc. # 702; *JetBlue* Case No. 2:22-cv-00558-RDP, Doc. # 625; *Bed Bath & Beyond* Case No. 2:22-cv-01256-RDP, Doc. # 593) is **GRANTED**. It is **ORDERED** as follows:

The dates set forth in the court's Fourth Amended Scheduling Order (*Alaska Air* Doc. # 607; *JetBlue* Doc. # 531; *Bed, Bath & Beyond* Doc. # 500), including in the court's November 10, 2025 Order (*Alaska Air* Doc. # 675, *JetBlue* Doc. # 598, *Bed, Bath & Beyond* Doc. # 566), are amended as follows:

**Updated Case Schedule**

| Event | Current Deadline[1] | Updated Deadline |
|---|---|---|
| Defendants' Response to Standard of Review Appendix | January 9, 2026 | January 23, 2026 |
| Cut-off Date for any Third-Party Depositions | Goal of September 26, 2026 | February 6, 2026 |
| Plaintiff Expert Reports | February 9, 2026 | March 6, 2026 |
| Mediation | March 4, 2026 | April 9, 2026 |
| Defendant Expert Reports | June 9, 2026 | July 17, 2026 |
| Plaintiff Expert Rebuttal/Reply Reports | September 17, 2026 | October 26, 2026 |
| Close of Expert Discovery | November 10, 2026 | December 14, 2026 |
| *Daubert* Motions[2] | December 10, 2026 | January 11, 2027 |

[1] "Current Deadline" refers to the deadlines set forth in the Fourth Amended Scheduling Order and November 10, 2025 Order (*Alaska Air* Docs. # 607, 675; *JetBlue* Docs. # 531, 598, and *Bed, Bath & Beyond* Docs. # 500, 566).

[2] Deadlines for *Daubert* and dispositive motions do not preclude the Parties from filing motions earlier than these deadlines, in which case responses and replies thereto shall be due the same number of days after filing as if the motion were filed on the deadline.

| | | |
|---|---|---|
| Dispositive Motions | December 17, 2026 | January 19, 2027 |
| *Daubert* Oppositions | February 18, 2027 | March 22, 2027 |
| *Daubert* Replies | March 17, 2027 | April 16, 2027 |
| Dispositive Oppositions | March 17, 2027 | April 16, 2027 |
| Dispositive Replies | April 28, 2027 | May 27, 2027 |

It is further **ORDERED** that the Joint Motion to Address Defendants' Clawback of Plaintiff Exhibit 4 is **GRANTED**. Plaintiffs are granted leave to file replacement versions of the following sealed documents, as agreed to by the Parties, under seal:

1. Plaintiff Exhibit 4 (*Alaska Air* Doc. # 655-5; *Jet Blue* Doc. # 579-5; *BBB* Doc. # 546-5);
2. Subscriber Opt-Out Plaintiffs' Motion and Supporting Brief for Partial Summary Judgment on the Standard of Review (*Alaska Air* Doc. # 653-1; *Jet Blue* Doc. # 577-1; *BBB* Doc. # 544-1); and
3. Subscriber Opt-Out Plaintiffs' Evidentiary Submission in Support of Their Motion for Partial Summary Judgment on the Standard of Review (*Alaska Air* Doc. # 655-1; *Jet Blue* Doc. # 579-1; *BBB* Doc. # 546-1).

**DONE** and **ORDERED** this 13th day of January, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE