FILED
2026 May-04 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-AMM** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-AMM** |
| **Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-AMM** |

# ORDER REGARDING BRIEFING ON SUMMARY JUDGMENT MOTIONS ON THE STATUTE OF LIMITATIONS

Before the court is the parties' Joint Motion Regarding Briefing for Summary Judgment Motions on the Statute of Limitations in these ASO Opt-Out cases. Case 2:21-cv-01209-AMM, Doc. 722; Case 2:22-cv-00558-AMM, Doc. 645; Case 2:22-cv-01256-AMM, Doc. 614. The Motion is **GRANTED**. It is further ordered that the

deadlines and page limits for the parties' respective anticipated cross-motions for summary judgment on the statute of limitations **SHALL** be as follows:

- Defendants' opening brief, consisting of a motion for summary judgment, limited to 20 pages, **SHALL** be filed on or before **June 4, 2026**;
- Plaintiffs' opening brief, consisting of a response to Defendants' motion and Plaintiffs' motion for summary judgment, limited to 35 pages, **SHALL** be filed on or before **July 2, 2026**;
- Defendants' second brief, consisting of a response to Plaintiffs' motion and a reply in further support of Defendants' motion, limited to 30 pages, **SHALL** be filed on or before **July 31, 2026**; and
- Plaintiffs' second brief, consisting of a reply in further support of Plaintiffs' motion, limited to 15 pages, **SHALL** be filed on or before **August 18, 2026**.

**DONE** and **ORDERED** this 4th day of May, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE