FILED
2026 Aug-12 PM 12:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-AMM** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-AMM** |
| **Bed Bath & Beyond Inc. now known as 20230930-DK-Butterfly-1, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-AMM** |

## ORDER

These matters are before the court on the parties' filings made in advance of the August 11, 2026, status conference on the issue of the timing of depositions of Defendants' experts. Case 2:21-cv-01209-AMM, *Alaska Air* Docs. 774, 775; Case 2:22-cv-00558-AMM, Docs. 697, 698; Case 2:22-cv-01256-AMM, Docs. 664, 665.

The court has considered the parties' respective filings and heard argument from the parties at the status conference. In the light of that record, it is **ORDERED** that in the interest of efficiency and judicial economy, and in the court's discretion, depositions of the parties' experts **SHALL** occur only after the service of all expert reports. The court expects that each expert will be deposed only once, but this order is without prejudice to any party's opportunity to seek leave of court for additional depositions for good cause.

**DONE** and **ORDERED** this 12th day of August, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE