FILED
2026 Sep-18 PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406) | **No. 25-md-10000-AMM** |
| In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406) | **No. 2:13-CV-20000-AMM** |
| Alaska Air Group, Inc., *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:21-cv-01209-AMM** |
| JetBlue Airways Corporation, *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:22-cv-00558-AMM** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterly-1, *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:22-cv-01256-AMM** |

**MOTION TO WITHDRAW**

Cavender C. Kimble of Balch & Bingham LLP hereby moves to withdraw as counsel for Defendants Elevance Health, f/k/a Anthem, Inc., and all of its named subsidiaries; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon. Counsel further requests that his name be removed from all service lists. These Defendants will not be prejudiced by the withdrawal as they will be represented by Jason Tompkins of Balch & Bingham LLP, and other counsel.

Respectfully submitted this 18th day of September, 2026.

/s/ *Cavender C. Kimble*
Cavender C. Kimble
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-3437
Fax: (205) 226-8799
ckimble@balch.com
*Attorney for Elevance Health, f/k/a Anthem, Inc., and all of its named subsidiaries; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc.*

*(Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon*

**CERTIFICATE OF SERVICE**

I hereby certified that on September 18, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Cavender C. Kimble*
Cavender C. Kimble