FILED
2026 Sep-18 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406) | **No. 25-md-10000-AMM** |
| In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406) | **No. 2:13-CV-20000-AMM** |
| Alaska Air Group, Inc., *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:21-cv-01209-AMM** |
| JetBlue Airways Corporation, *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:22-cv-00558-AMM** |
| Bed Bath & Beyond Inc. now known as 20230930-DK-Butterly-1, *et al.*,<br>Plaintiffs,<br>v.<br>Anthem, Inc., *et al.*,<br>Defendants. | **No. 2:22-cv-01256-AMM** |

**AMENDED NOTICE OF APPEARANCE**

Comes now the undersigned, Jason B. Tompkins, of the law firm Balch & Bingham, and enters his notice of appearance as counsel of record for Defendants Elevance Health, f/k/a Anthem, Inc., and all of its named subsidiaries; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon.

Respectfully submitted this 18th day of September, 2026.

/s/ *Jason B. Tompkins*
Jason B. Tompkins
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203-4642
Tel: (205) 226-8743
Fax: (205) 226-8799
jtompkins@balch.com
*Counsel for Elevance Health, f/k/a Anthem, Inc., and all of its named subsidiaries; Louisiana Health Service & Indemnity Company (Blue Cross and Blue Shield of Louisiana); BCBSM, Inc. (Blue Cross and Blue Shield of Minnesota); Horizon Healthcare*

*Services, Inc. (Horizon Blue Cross and Blue Shield of New Jersey); Blue Cross & Blue Shield of Rhode Island; Cambia Health Solutions, Inc.; Regence BlueShield of Idaho, Inc.; Regence BlueCross BlueShield of Utah; Regence BlueShield; Regence BlueCross BlueShield of Oregon*

# CERTIFICATE OF SERVICE

I hereby certified that on September 18, 2026, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jason B. Tompkins*
Jason B. Tompkins