FILED
2026 Oct-23 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:21-cv-01209-AMM** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-00558-AMM** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **No. 2:22-cv-01256-AMM** |

**ORDER REGARDING EXPERT DISCOVERY DEADLINES**

The dates set forth in the court's January 13, 2026 order modifying the Fourth Amended Scheduling Order (*Alaska Air* Doc. # 704; *JetBlue* Doc. # 627; *Bed, Bath & Beyond* Doc. # 595) are further amended as follows:

• **November 23, 2026**: Service of Dr. Léger's rebuttal report;

• **December 18, 2026**: Deadline for the deposition of Dr. Saravia and Dr. Keller;

• **January 15, 2027**: Deadline for the deposition of Dr. Léger;

• **Daubert Motions**: Daubert motions, if any, concerning Dr. Léger, Dr. Saravia, or Dr. Keller shall be filed within 4 weeks after their respective depositions.

**DONE** and **ORDERED** this 23rd day of October, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE