FILED
2026 Nov-13 AM 07:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **Bed Bath & Beyond Inc., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Anthem, Inc., *et al.*,**<br><br>**Defendants.** | **Case No.: 2:22-cv-01256-AMM** |

**NOTICES OF APPEARANCE**

**PLEASE TAKE NOTICE** that JON COREY, of the law firm GLENN AGRE BERGMAN & FUENTES LLP, is hereby entering an appearance as counsel for record for Pacific Gas and Electric Company and PG&E Corporation in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that WILSON F. GREEN is hereby designated as local counsel, in place of Brenton K. Morris, for the undersigned in this action, and agrees to readily communicate with opposing counsel and the Court regarding the conduct of this case, accept papers when served, and, except as otherwise ordered by a judge of the Court, review and sign all pleadings and other papers filed in the case by the undersigned. In addition, WILSON F. GREEN acknowledges his responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the Applicant fail to respond to any Court order requiring an appearance or otherwise.

Respectfully submitted,

Dated: November 13, 2026

**GLENN AGRE BERGMAN & FUENTES LLP**
By: *_/s/ Jon Corey_*__________________________
Jon Corey *(admitted Pro Hac Vice)*
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
(212) 970-1600
jcorey@glennagre.com

*Attorney for Pacific Gas and Electric Company and PG&E Corporation*

**WILSON F. GREEN LLC**
By: *_/s/ Wilson F. Green_*____________________
Wilson F. Green
301 19th Street North, Ste. 525
Birmingham, Alabama 35203
(205) 722-1018
wilson@wilsongreenlaw.com

*Counsel for Pacific Gas and Electric Company and PG&E Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

*/s/ Jon Corey*
Jon Corey